# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00610-NJK |
|---|---|
| Plaintiff, | |
| v. | |
| GORDON DAVID PRIMROSE SMITH | |
| Defendant. | |

ORDER

(Filed Under Seal)

Based on the pending Application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Affidavit and Complaint, the Government's Application, and this Court's Sealing Order in the above-captioned matters shall be sealed until further Order of the Court.

DATED this 18th day of July 2024.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE