RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for GORDON DAVID PRIMROSE SMITH

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>GORDON DAVID PRIMROSE SMITH,<br><br>   Defendant. | Case No. 2:24-mj-00610-NJK<br><br>**MOTION TO WITHDRAW DOCUMENT** |

  The defendant, Gordon David Primrose Smith, by and through his counsel of record, Joanne Diamond, Assistant Federal Public Defender, hereby moves to withdraw ECF 15, Waiver of a Preliminary Hearing.  The waiver of a preliminary hearing was filed in error.  Parties are currently in pre-indictment negotiations, and a stipulation to continue preliminary hearing will be filed.

  DATED this August 7, 2024.

              RENE L. VALLADARES
              Federal Public Defender

            By: */s/ Joanne Diamond*
              JOANNE DIAMOND
              Assistant Federal Public Defender
              Counsel for GORDON SMITH

**IT IS SO ORDERED.**
Dated: August 7, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE