RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for GORDON DAVID PRIMROSE SMITH

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GORDON DAVID PRIMROSE SMITH,<br><br>    Defendant. | Case No. 2:24-MJ-00610-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING AND DEFENDANT'S WAIVER OF SPEEDY TRIAL**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and MELANEE SMITH, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and JOANNE DIAMOND, Assistant Federal Public Defender, counsel for GORDON DAVID PRIMROSE SMITH, that the Preliminary Hearing previously scheduled for August 8, 2024 at 4:00 P.M., be continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

  2. Defense counsel met with Mr. Smith to discuss the Complaint (ECF No. 1), the status of his case, and his speedy trial rights. Mr. Smith agrees to this continuance and waiver of speedy trial rights.

  3. Defense counsel seeks this additional time not for purposes of delay, but merely to allow defense counsel sufficient time to complete necessary research and to continue pre-indictment negotiations.

  4. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

  5. The Defendant Mr. Smith is currently detained, consents to the continuance, and agrees to waive his speedy trial rights.

  6. This is undersigned counsel's first request for a continuance.

  DATED this 7th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: */s/ Joanne Diamond*<br> JOANNE DIAMOND<br> Assistant Federal Public Defender<br> Counsel for GORDON SMITH | By: */s/ Melanee Smith*<br> MELANEE SMITH<br> Assistant United States Attorney<br> Counsel for the Government |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>GORDON DAVID PRIMROSE SMITH,<br><br>   Defendant. | Case No. 2:24-MJ-00610-NJK<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the preliminary hearing previously scheduled for August 8, 2024 at 4:00 p.m., be continued to October 8, 2024, at 4:00 p.m.

  DATED this 7th day of August, 2024.

                _____
                UNITED STATES MAGISTRATE JUDGE